# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

__Ra'mi Tiye Sekhmet_____,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Case No.: 5:20cv306-TKW-MJF
*(To be filled in by the Clerk's Office)*

__Kindle Direct Publishing/Amazon_____,

_____,

**Jury Trial Requested?**
☐ YES  ☒ NO

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

/

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Ra'mi Tiye Sekhmet

   Address: 2945 Third Ave. # 209

   City, State, and Zip Code: Sneads, Fl. 32460

   Telephone: _____ (Home) 904-309-2045 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Kindle Direct Publishing/Amazon

   Name of Employer *(if relevant)*: _____

   Address: 410 Terry Ave., North

   City, State, and Zip Code: Seattle, Wa., 98109-5210

2. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question    ☒ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

___Debt. money owed_____

_____

_____

_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: ___Sneads, Fl.___

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: ___Florida_____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* __Kindle Direct Publishing/Amazon__

         State of Incorporation is _____

         or Principal Place of Business is __Seattle Wa.__

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes   ☒ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

\_\_\_\_ Attachment _____

_____

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

6

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. ___Attachment_____

_____

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/29/2020   Plaintiff's Signature: *Ra'mi Tiye Sekhmet*

Printed Name of Plaintiff: Ra'mi Tiye Sekhmet

Address: 2045 Third Ave. #209

Sneads. Fl. 32460

E-Mail Address: tiyerami@yahoo.com

Telephone Number: 904-309-2045

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

Ra'mi Tiye Sekhmet

VS.

Kindle Direct Publishing/Amazon

UNITED STATES DISTRICT COURT
NOUTHERN DISTRICT OF FLORIDA
ONE NORTH PALAFOX STREET
PENSACOLA, FL. 32502

COMPLAINT FOR A MATERIAL BREACH OF CONTRACT, MONEY OWED AND FRAUD

PLAINTIFF RA'MI TIYE SEKHMET alleged and complains as follows:

FIRST CAUSE OF ACTION FOR A MATERIAL BREACH OF CONTRACT
1. Plaintiff is an individual who at all times are mentioned resides in Jackson County in the city of Sneads, FL.
2. Defendants Kindle Direct Publishing/Amazon, 410 Terry Ave. North, Seattle, WA., 98109 - 5210 and is a corporation.
3. Plaintiff believe that defendants named is responsible in law and in fact for the obligations alleged herein.
4. The written agreement upon which this action is based was to be performed by Create space the former name of Kindle Direct Publishing. The agreement provides that Create space was the proper venue for any action arising out of the agreement. However, the agreement offers an award of reasonable dispute out of the agreement and to be settled by arbitration.
5. On December 26, 2016 plaintiff and defendants entered into a written agreement for self- publishing services. According to defendants plaintiff would be responsible or in charge of marketing and releasing the book. Plaintiff paid out of their own pocket for the book cover design and formatted and edited the literature. Versus traditional publishing where manuscript are submitted to agents who are responsible for getting a book deal. Create space and plaintiff agreed to print-on-demand services whereby plaintiff could order unlimited books for $2.67 each and receive a royalty of $3.32 for each book sold on create space online bookstore which shows a royalty report of book sales. The book is a novel titled "The Veil" by Ra'mi Tiye Sekhmet and retailed priced for $9.99. Create space gave the novel a 5 star rating which is the pinnacle every writer seeks and the epitome of excellence in the literary world. The highest perfection that leads to recognition, best sellers, validation and patronage. Defendants made it clear to plaintiff that opening other book accounts was the plaintiff's responsibility. Therefore, plaintiff believe that it was the defendants unjustified failure to perform any obligations of the agreement by the act of the defendants conduct. Thereby, plaintiff has received $103.00 since the date published so defendants are liable for the breach of contract by implied repudiation but, expressed by willingness to perform under the agreement.
6. Plaintiff performed all of the conditions that Create space was required to provide such as a mailing address, email, phone number and all other information.
7. Defendants made false statements which induced plaintiff into entering the agreement and used trickery in order to convince plaintiff into believing that defendants would honor the obligations of the agreement and refused to send a signed copy of the agreement to plaintiff. Create space gave access of plaintiffs information to a third party who used plaintiffs email to open the book account on Amazon selling the novel worldwide. Including accounts on Abe books, Ebay, Book express ext. Sold books beyond $9.99 and Bibilo.com raised the price to $103.00. On September 12, 2017 a 2017 veil movie was released and selling on many online movie sites based on some concepts from plaintiff novel that has no copyright. However, Create space refused to perform in good faith their promise to pay royalties that are due from book sales thereby breached the agreement causing a substantial factor in plaintiffs harm. Furthermore, the performance of the agreement became difficult for the plaintiff to meet the obligations but plaintiff agreed to perform the acts based on the terms of the agreement and did so. On or about 01-16-2018 Create space went out of business without a explanation or contacting plaintiff of the next step or

to claim records and accounting of book sales. Create space moved to Kindle Direct Publishing on August 23, 2018 without informing plaintiff of the process or steps taken to move the Create space account to the KDP account. On December 10, 2018 plaintiff moved the Create space account to the KDP account. Kindle Direct Publishing clarified on or about December 10, 2018 that plaintiff would receive royalties owed and investigate the matter concerning the third party who opened a account on Amazon selling plaintiffs book. Kindle Direct Publishing stated to plaintiff that within 24 hours plaintiff would be contacted in regards to the third party account. Plaintiff never heard from Kindle Direct Publishing and plaintiff made numerous calls to KDP which went unanswered. Thereby plaintiff alleged that there is no excuse for non-performance in the complaint forwarded to Kindle Direct Publishing because KDP prevented plaintiff from doing so. Due to bounce back emails, unanswered calls and letters of concern about the obligations of the agreement but plaintiff performed to the terms of the agreement and continued to do so. Hereunder, KDP failed to remedy such failure within or about 30 days after receiving a certified signed and dated notice from plaintiff. Thereby, Furthermore, once plaintiffs account moved to KDP plaintiff couldn't order print on demand books due to a technical failure that the defendant failed to fix which preventing plaintiff from distribution, marketing and selling the book. Plaintiff has received several complaints from people who have read plaintiffs book who were prevented from giving a 5 star review because they were asked to pay $25.00 to $50.00 and the third party switched the 5 star rating to 4 1/2 star rating when Create space moved to KDP. However, plaintiff pursued legal counsel to solve the unsettled matters outside of court. Thereby, KDP/Amazon has continued to avoid all the demands from the plaintiff and have fail and refused and continue to fail and refuse, avoiding this matter. Kindle Direct Publishing/Amazon used plaintiffs 5 star novel to communicate, distribute and hold out to consumers to benefit from plaintiffs profits. Defame and intentionally prevent plaintiff from communicating and reaching out to the public. Plaintiff lost the opportunity to sell the novel in book stores, build a website to market and distribute the book, publish the sequel. KDP/Amazon voluntarily abused their power by refusing to perform in good faith their promise to pay royalties and provide an accounting of the extended book sales.

8. As a result of the breach of agreement by Kindle Direct Publishing who commissioned the written agreement refuse to pay royalties owed, provide accounting indicating the amount of book sales that incurred from third party since December 26, 2016 when the book was posted on Amazon. Whereby, after the identity theft was known to defendants they continued to withhold documents concerning third party activity. Demands were made but failed and refused and continued to fail and refuse to avoid this matter. Inspiring a group to make the 2017 Veil movie, causing plaintiff loss of marketing and distribution of the book, loss of contact with the public and nearly four years of time. KDP/Amazon acts have destroyed plaintiffs business before plaintiff could get started and since it's been a long time when the book was published plaintiff may have to start over by revising the book.

9. Kindle Direct Publishing/Amazon thereby breached the agreement with the plaintiff who has been damaged by the defendants.

SECOND CAUSE OF ACTION MONEY OWED

10. Plaintiff re-alleged by each reference and allegations contained in paragraphs 1 through 9 above.

11. Plaintiffs agreement with Kindle Direct Publishing doesn't have a sufficient basis for a direct estimate of royalties or extend of profits owed from Amazon. However, the breach of agreement prevents the 5 star novel from royalties the book would have made. Furthermore, money plaintiff incurred over the years traveling across the United States promoting the book in the total of 36,377.49 based on receipts. Overall, damages may be measured by the value and the worth of the novel is a 5 star story, top 100 in African American drama's and plays, sold worldwide and the price raised to $103.00.

12. Plaintiff has only received $103.00 from Create space since the book was published which has damaged plaintiff.

THIRD CAUSE OF ACTION FOR FRAUD

13. Plaintiff re-alleged and incorporated by reference and every allegation contained in paragraph 1 through 12.

14. On December 26, 2016 Create space statement to plaintiff in reference to the written agreement suggested that the "The Veil" book by Ra'mi Tiye Sekhmet would be sold on Create space online bookstore and that print-on-demand service would be provided. Thereby, create space led plaintiff to

believe that an Amazon account or any other book account was the plaintiffs responsibility. Third parties opened book accounts selling plaintiffs book using plaintiffs email regardless of integrity and contempt.

15. Plaintiff thereon alleged that Create space intentionally and falsely led plaintiff into entering the written agreement to deceive plaintiff to amass money by untruth which has a substantial effect on the written agreement.

16. Plaintiff relied on Create space representation and would not have entered into the agreement.

17. Plaintiff is informed and believe thereon alleges that KDP/Amazon defamed and deprived plaintiff of book sales. KDP/Amazon induced profits from plaintiffs hard work by deception and intentionally defrauded plaintiff with malice. Plaintiff is measurably damaged by KDP/Amazon through loss of profits, money laundering, defamation, emotional distress, fatigue and the inability to connect with the public. Thereby, plaintiff have been injured by loss of funds, reputation, loss of contact with consumers, supporters and can't compete in the literary market without the use of said funds. Plaintiff seek compensatory damages in amount of 5,000.000 for said acts from Kindle Direct Publishing and 3,000.000 from Amazon for failing and refusing and continuing to fail and refuse to avoid the matter.

18. These acts were malicious, fraudulent and oppressive justifying an award of punitive damages so that the defendants will not engage in such conduct in the future and make an example of the defendants.

WHEREFORE PLAINTIFF PRAYS for judgement against KDP/Amazon as follows :

1. Co-opt Kindle Direct Publishing/Amazon to stop the infringing activity, return manuscript and book cover.
2. Subpoena a statutory audit of accounting and all extent of infringing sales of the book and royalties owed from KDP.
3. Prevention of future activity and terminate the agreement.
4. Money owed due to incurred cost and expenses of 36,377.49 due to breach of agreement.
5. Compensatory damages of 5,000.000 for KDP material breach of contract and 3,000.000 from Amazon for failing and refusing and continuing to fail and reuse to avoid this matter.
6. Punitive damages according to proof .
7. Reasonable attorneys cost and fees incurred herein.
8. For such other relief which may deem just and proper.
9. $500.000 general damages for defendants fraud due to nearly four years of lost time.
10. For the sum of $150.000 for breach of agreement and the value of its performance.
11. For interest thereon at the legal rate from and after December 26, 2016.

October 29, 2020

*Ra'mi Tiye Sekhmet*

Ra'mi Tiye Sekhmet

Ra'mi Jason Sellers
2045 3rd Ave. #209
Sneads, FL. 32460




CERTIFIED MAIL
7020 0090 0001 0635 5314

RECEIVED NOV 13 2020

Clerk's Office
U.S. COURTHOUSE
1 N. PALAFOX ST.
PENSACOLA, FL., 32502